Donald Peder Johnsen (011545)
dpj@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
Attorneys for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Ana Cristina Hernandez, | ) |
| | ) |
| Plaintiff, | ) **INDEX OF EXHIBITS TO NOTICE OF** |
| | ) **REMOVAL** |
| v. | ) |
| | ) |
| Tucson Unified School District No. 1, | ) |
| | ) |
| Defendant. | ) |
| | ) |

        A.     Complaint

        B.     Civil Cover Sheet

        C.     Summons

        D.     FASTAR Certificate

        E.     Praecipe (October 13, 2020)

        F.     Summons (Burke)

        G.     Summons (Counts)

        H.     Summons (Foster)

        I.     Summons (Grijalva)

1

2

3       J.      Summons (Sedgwick)

      K.      Praecipe (October 19, 2020)

4       L.      Summons (Burke) (October 19, 2020)

5

6       M.      Summons (Counts) (October 19, 2020)

7       N.      Summons (Foster) (October 19, 2020)

8       O.      Summons (Grijalva) (October 19, 2020)

9

10       P.      Summons (Sedgwick) (October 19, 2020)

11       Q.      Waiver of Service (October 26, 2020)

12       R.      Notice of Appearance (November 13, 2020)

13

14       S.      Answer (November 17, 2020)

15       T.      Copy of electronic docket in Pima County Superior Court Case

16 No. C20203732 (November 24, 2020)

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

FILED
Gary Harrison
CLERK, SUPERIOR COURT
9/1/2020 7:41:59 PM
BY: ALAN WALKER /S/
DEPUTY

**LAW OFFICE OF ROGER W. FRAZIER**
2525 E. Broadway Blvd., Suite 200
Tucson, Arizona 85716
Tel:  (520) 882-4294
Fax:  (520) 882-2853
Roger W. Frazier, PCB 19024; SBN 012146
roger@frazierlawaz.com

Case No. C20203732
HON. PAUL E. TANG

**Attorney for Plaintiff**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| Ana Cristina Hernandez, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Tucson Unified School District, a political subdivision,<br><br>Defendant. | No.<br><br>**COMPLAINT**<br><br>**(Employment Termination)** |

    For her Complaint, Plaintiff Ana Cristina Hernandez alleges,

### THE PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Ana C. Hernandez, is a single woman and a resident of Pima County, Arizona, and was employed by Defendant Tucson Unified School District #1 ("TUSD") from on or about September, 2017 until she was terminated on or about October 23, 2019.  All acts in this Complaint occurred in Pima County, Arizona.

2. Defendant TUSD is a school district and a political subdivision of the State of Arizona, and is located and does business in Pima County, Arizona, and did acts, through its employees and agents, giving rise to this lawsuit in Pima County, Arizona.

3. This is an action seeking relief for discrimination based on national origin, Title VII of the United States Civil Rights Act of 1964, as amended, 42 U.S.C. §

2000e et seq, and the Arizona Civil Rights Act, as amended, A.R.S. § 41-1461 et seq, and especially § 41-1463(B).

4. This Court has jurisdiction over the defendant, and to hear and determine this action and to grant the relief requested pursuant to 42 U.S.C. § 2000e-5(f)(1) and A.R.S. § 41-1481(D).

5. Plaintiff has exhausted her administrative remedies because she timely filed a Charge of Discrimination in employment based on national origin with the Arizona Civil Rights Division of the Arizona Attorney General's Office ("ACRD") on January 6, 2020, Charge CRD-2020-0022, which was dual filed with the Equal Employment Opportunity Commission ("EEOC"), EEOC No. 35A-2020-00181C, and thereafter receiving a Notice of Right to Sue on state law in state court within ninety days, mailed June 3, 2020 (exact date of receipt unknown) (Exhibit A hereto), and a Notice of Dismissal and Notice of Rights, including Notice of Suit Rights, on August 4, 2020, allowing suit on federal claims to be filed within ninety days from that date, in any federal or state court (Exhibit B hereto).

6. On July 2, 2020, Plaintiff served Defendant with a Notice of Claim pursuant to A.R.S. § 12-821.01 regarding the claim brought in this Complaint, and the Defendant rejected that claim on July 10, 2020.  All preconditions required by Plaintiff to bring this suit have been met.

7. Jurisdiction and venue are proper in this Court.

**GENERAL ALLEGATIONS**

8. Plaintiff, who is of Mexican national origin, worked for Defendant in its Food Services Department as a Food Services Warehouse Technician during the entire time of her employment with Defendant.  This included preparing stage route orders, and delivering documents and hot food runs usually in the afternoon.

9. For at least a year before the events in this case, Plaintiff had been prescribed several medications by to assist her with an insomnia problem.  Because they

were not working very well, she decided to see a doctor in Nogales, Sonora, Mexico.

10. On or about August 9, 2019, Dr. Jorge Galaz-Gastelum prescribed Valium for Plaintiff. It was a three-month prescription for 10mg of Valium to be taken at night. She took this in the evening as prescribed, not in the daytime.

11. On or about September 19, 2019, at about 2:30 in the afternoon, Plaintiff was involved in a minor bumper-tapping collision in the Defendant's vehicle that she was driving. This occurred when a vehicle in front of her at an intersection started to proceed, but then came to an abrupt stop because the car in front of that driver did the same. Plaintiff did not stop in time and her bumper touched the rear bumper of the car who had stopped in front of her. There was not damage to either vehicle, and no injuries. However, Plaintiff reported the accident to TUSD School Safety, and then to her own supervisor, Ron Soto.

12. Mr. Soto initially told Plaintiff to wait for School Safety to arrive. But Plaintiff explained to him that she was worried about time constraints with her delivery and a personal issue that she described to him and that she needed to tend to, to which he responded to the effect of "Do what you gotta do," but advising that she would need to take a drug test, which was required if an employee does not remain at the scene of an accident.

13. Plaintiff completed her delivery, which was on the way back to the warehouse, and returned to the warehouse so that she could then leave to tend to the personal matter, but by that time, Frank Morales of School Safety, the person who was going to drive her to Concentra for the drug test, was present at the warehouse and was ready to take her right then. So she made arrangements for the personal matter to be handled by another family member, and went and had the test done.

14. The drug test proved positive for Valium. But before hearing of the results and about a week having gone by, Plaintiff called and spoke to a person at Concentra who she believed to be the medical reviewer, who told her of the positive Valium finding, and who requested that Plaintiff provide the Valium prescription to her

office by October 1, 2019.  This was an arbitrary date chosen by agreement, and the medical examiner was made aware that the prescription was obtained in Mexico.

15. On the day before the prescription was due, Plaintiff called the medical reviewer who was not available, so Plaintiff left a voicemail to advise that because of several unrelated delays, she needed an extra day or two to obtain the prescription.

16. The medical reviewer did not wait the requested extra time, and when Plaintiff brought the prescription to the reviewer, the reviewer said she had already processed the documents and sent them back to TUSD and that it was out of her hands.

17. Plaintiff then took her prescription to the Defendant's human resources department ("HR").  She gave a copy of the prescription to a receptionist, but upon checking, a person from HR named Eva Ybarra came out and told Plaintiff that they received the copy of the prescription, but then said something to the effect that they would not honor it because it was from Mexico, and that she should look for a new job.

18. On October 8, 2019, Plaintiff received a Notice of Pre-Termination Hearing and Suspension from Kevin Startt, Defendant's Director of Purchasing & Food Services indicating that her drug results tested positive for which she was driving impaired at the time of the accident, which violates Governing Board Policy GBEC Substance-Free Workplace.

19. The GBEC Policy attached to Mr. Startt's October 8, 2019 Notice does not prohibit medications if taken under a physician's prescription or according to a physician's orders, unless one is impaired and such impairment or influence adversely affects the employee's work performance.

20. On or about October 23, 2019, at her pre-termination hearing, Plaintiff provided a copy of the prescription which she had already given to HR to Mr. Startt along with other evidence of diagnosed insomnia and prior medication.  But Mr. Startt

terminated her that day, stating that he found the evidence sufficient that Plaintiff violated board policy "which states no employee shall be under the influence of a controlled substance while on the job or in the workplace."  Pursuant to Policy GBEC controlled substances of any kind are strictly prohibited except as lawfully prescribed by a physician.

21. In the grievance that followed, the hearing officer indicated that she asked permission to speak to the prescribing Sonoran physician about the medication and precautions surrounding the medication, but after Plaintiff requested the physician to do so, he declined to get involved.  As a result of this, the hearing officer stated that: "The precautions related to the medication are unsubstantiated."

22. There was no indication what the hearing officer told Plaintiff what specific information she wanted from the doctor in Mexico.  Plaintiff was not given an opportunity to answer the particular question raised by the hearing officer about the so-called "precautions."  What was requested by the medical examiner was a copy of the prescription.

23. Without regard to whether the prescription was submitted late or not, Defendant held that with or without the prescription, the substance was not allowed by Defendant. Further, Defendant's HR Department recommended to move forward with termination due to an alleged banned substance.

24. At all times pertinent to this Complaint, Defendant employed more than fifteen employees for each working day in each of twenty or more calendar weeks in that or in the preceding calendar year.

**COUNT I – TITLE VII NATIONAL ORIGIN DISCRIMINATION**

25. Plaintiff re-alleges and incorporates each and every allegation contained in ¶¶ 1-24 as though fully set forth herein.

26. Prescriptions by foreign doctors are competence evidence, and in this case, the prescription was ignored.

27. No request to Plaintiff was made for the prescription's precautions.

28. The Defendant's refusal to accept the prescription from Mexico in choosing to find that Plaintiff was under the influence of a controlled substance while in the workplace, was discrimination against Plaintiff by her association with having used a doctor from Mexico, the place of her own national origin, and therefore discrimination against her based on her own national origin, in violation of 42 U.S.C. § 2000e-2(a)(1), or at the very least, 42 U.S.C. § 2000e-2(m) (mixed motive case).

29. As a direct and proximate result of the foregoing conduct of the Defendant, Plaintiff has suffered injury, including but not limited to economic losses including backpay, front pay, lost benefits, and mental anguish, emotional distress, humiliation, indignation, embarrassment, injury to reputation, general impairment of social standing.

**COUNT II – ARIZONA CIVIL RIGHTS ACT DISCRIMINATION BASED ON NATIONAL ORIGIN**

30. Plaintiff re-alleges and incorporates each and every allegation contained in ¶¶ 1-29 as though fully set forth herein.

31. The Defendant's refusal to accept the prescription from Mexico in choosing to find that Plaintiff was under the influence of a controlled substance while in the workplace, was discrimination against Plaintiff by her association with having used a doctor from Mexico, the place of her own national origin, and therefore discrimination against her based on her own national origin, in violation of A.R.S. § 41-1463(B).

32. As a direct and proximate result of the foregoing conduct of the Defendant, Plaintiff has suffered injury, including but not limited to economic losses including backpay, front pay, and lost benefits.

**ATTORNEY'S FEES**

33. Plaintiff is entitled to a reasonable attorney's fee pursuant to 42 U.S.C. § 2000e-5(k), and 42 U.S.C. 2000e-2(m) if that section eventually proves to be applicable, per 2000e-5(g)(2)(B), and pursuant to A.R.S. § 41-1481(g).

**JURY TRIAL DEMAND**

34. Plaintiff demands a jury trial on all issues raised by the Complaint to which a jury trial is permitted.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff, and against Defendant and award the following relief:

A. Back pay, lost benefits, and front pay;

B. Damages for emotional distress;

C. Damages for therapy bills;

D. Punitive damages;

E. Costs;

F. Such other relief and further relief as the Court deems just and proper.

DATED this 1st day of September, 2020.

LAW OFFICE OF ROGER W. FRAZIER

By:  /s/ Roger W. Frazier
Roger W. Frazier
Attorney for Plaintiff



**MARK BRNOVICH**
**ATTORNEY GENERAL**

OFFICE OF THE ARIZONA ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
DIVISION OF CIVIL RIGHTS SECTION

**REBEKAH BROWDER**
**CHIEF COUNSEL**

## NOTICE OF RIGHT TO SUE

Ana C. Hernandez          v.          Tucson Unified School District #1

CRD No.:  CRD-2020-0022                EEOC No.: 35A-2020-00181C

On January 6, 2020 , you filed a charge with the Division of Civil Rights Section alleging employment discrimination.  Arizona law provides that you may bring a civil action in Superior Court of the county where the alleged discriminatory action took place.  Should you decide to file a civil action, you must do so **within 90 days** of the date you receive this Notice or **within one year** of the date you filed the charge, **whichever comes first**, A.R.S. § 41-1481(D.)

**This Notice of Right to Sue letter is being issued because:**

This office has made a final determination or has otherwise completed its processing of your charge and will be taking no further action.

If you have any questions concerning this notice, please contact us at (520) 628-6500 or toll free at 1-877-491-5740. If you need legal assistance, you should seek the advice of an attorney.

BY:

Patricia G. Bianchi, Compliance Manager

Sent by regular mail this _3rd_ day of ~~May~~, June 2020.

*cc: Tucson Unified School District #1  (Respondent)*

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

---

## DISMISSAL AND NOTICE OF RIGHTS

---

To:   **Ana C. Hernandez**
      **2318 South San Rafael Avenue**
      **Tucson, AZ 85713**

From:   **Phoenix District Office**
        **3300 North Central Ave**
        **Suite 690**
        **Phoenix, AZ 85012**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **35A-2020-00181** | **Robin Campbell,** **State, Local & Tribal Program Manager** | **(602) 661-0041** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☒   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**Elizabeth Cadle,**
**District Director**

August 4, 2020

*(Date Mailed)*

Enclosures(s)

cc:

      **TUCSON UNIFIED SCHOOL DISTRICT**
      **1010 East 10th Street**
      **Tucson, AZ 85719**

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS     --     Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS     --     Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE     --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

EXHIBIT B

FILED
Gary Harrison
CLERK, SUPERIOR COURT
9/1/2020 7:41:59 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20203732
HON. PAUL E. TANG

# In the Superior Court of the State of Arizona
# In and For the County of Pima

**Plaintiff's Attorney:**

Roger W Frazier
Bar Number: 012146, issuing State: AZ
Law Firm: Law Office of Roger W. Frazier
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716
Telephone Number: (520)882-4294
Email address: roger@frazierlawaz.com

**Plaintiff:**

Ana Cristina Hernandez
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716
Telephone Number: (520)882-4294
Email address: roger@frazierlawaz.com

**Defendant:**

Tucson Unified School District
1010 E. 10th Street
Tucson, AZ 85719


Discovery Tier t2


Case Category: Other Civil Case Categories
Case Subcategory: Employment Discrimination

EXHIBIT C

Person/Attorney Filing: Roger W Frazier
Mailing Address: 2525 E. Broadway Blvd., Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520)882-4294
E-Mail Address: roger@frazierlawaz.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012146, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Ana Cristina Hernandez
Plaintiff(s),
v.
Tucson Unified School District
Defendant(s).

Case No.  C20203732

**SUMMONS**

HON. PAUL E. TANG

To: Tucson Unified School District

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 9/2/2020

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
_____
Deputy Clerk

AZturboCourt.gov Form Set #4917705

2

EXHIBIT D

PERSON/ATTORNEY FILING: Roger W Frazier

MAILING ADDRESS: 2525 E. Broadway Blvd., Suite 200

CITY, STATE, ZIP CODE: Tucson, AZ 85716

PHONE NUMBER: (520)882-4294

E-MAIL ADDRESS: roger@frazierlawaz.com

[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY

(IF ATTORNEY) STATE BAR NUMBER: 012146, Issuing State: AZ

FILED
Gary Harrison
CLERK, SUPERIOR COURT

9/1/2020 7:41:59 PM

BY: ALAN WALKER /S/
DEPUTY

Case No. C20203732
HON. PAUL E. TANG

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Ana Cristina Hernandez
Plaintiff(s),

V.

Tucson Unified School District
Defendant(s).

**CASE NO**: _____

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b and certifies that this case:

**(NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)**

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Roger W Frazier /s/ _____
SIGNATURE

EXHIBIT E

FILED
Gary Harrison
CLERK, SUPERIOR COURT
10/13/2020 3:25:38 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20203732
HON. PAUL E. TANG

Person/Attorney Filing: ROGER W. FRAZIER
Mailing Address: 2525 E. Broadway Blvd., Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520)882-4294
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012146, Issuing State: AZ
Attorney E-Mail Address: roger@frazierlawaz.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF PIMA

Case No. **C20203732**

## PRAECIPE

To The Clerk:

Please issue:

[X]  Summons

AZturboCourt.gov Form Set #5505607

12/30/2016  ver. 1

EXHIBIT F

Person/Attorney Filing: ROGER W. FRAZIER
Mailing Address: 2525 E. Broadway Blvd., Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520)882-4294
E-Mail Address: roger@frazierlawaz.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012146, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

ANA CRISTINA HERNANDEZ
Plaintiff(s),
v.
TUCSON UNIFIED SCHOOL DISTRICT
Defendant(s).

Case No.  C20203732

**SUMMONS**

HON. PAUL E. TANG

To: Bruce Burke

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 10/13/2020

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
_____
Deputy Clerk

AZturboCourt.gov Form Set #5925607

2

EXHIBIT G

Person/Attorney Filing: ROGER W. FRAZIER
Mailing Address: 2525 E. Broadway Blvd., Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520)882-4294
E-Mail Address: roger@frazierlawaz.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012146, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

ANA CRISTINA HERNANDEZ
Plaintiff(s),
v.
TUCSON UNIFIED SCHOOL DISTRICT
Defendant(s).

Case No.  C20203732

**SUMMONS**

HON. PAUL E. TANG

To: Leila Counts

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress
    Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 10/13/2020

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
<u>　　　　　　　　　　　　　</u>
Deputy Clerk

AZturboCourt.gov Form Set #5052607

2

EXHIBIT H

Person/Attorney Filing: ROGER W. FRAZIER
Mailing Address: 2525 E. Broadway Blvd., Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520)882-4294
E-Mail Address: roger@frazierlawaz.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012146, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

ANA CRISTINA HERNANDEZ
Plaintiff(s),
v.
TUCSON UNIFIED SCHOOL DISTRICT
Defendant(s).

Case No.  C20203732

**SUMMONS**

HON. PAUL E. TANG

To: Kristol Ann Foster

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 10/13/2020

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
_____
        Deputy Clerk

AZturboCourt.gov Form Set #5052607

2

EXHIBIT I

Person/Attorney Filing: ROGER W. FRAZIER
Mailing Address: 2525 E. Broadway Blvd., Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520)882-4294
E-Mail Address: roger@frazierlawaz.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012146, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

ANA CRISTINA HERNANDEZ
Plaintiff(s),
v.
TUCSON UNIFIED SCHOOL DISTRICT
Defendant(s).

Case No.  C20203732

**SUMMONS**

HON. PAUL E. TANG

To: Adelita Grijalva

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 10/13/2020

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
           Deputy Clerk

AZturboCourt.gov Form Set #5926607

2

EXHIBIT J

Person/Attorney Filing: ROGER W. FRAZIER
Mailing Address: 2525 E. Broadway Blvd., Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520)882-4294
E-Mail Address: roger@frazierlawaz.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012146, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

ANA CRISTINA HERNANDEZ
Plaintiff(s),
v.
TUCSON UNIFIED SCHOOL DISTRICT
Defendant(s).

Case No.  C20203732

**SUMMONS**

HON. PAUL E. TANG

To: Rachel Sedgwick

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 10/13/2020

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
_____
Deputy Clerk

EXHIBIT K

FILED
Gary Harrison
CLERK, SUPERIOR COURT
10/19/2020 12:57:26 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20203732
HON. PAUL E. TANG

Person/Attorney Filing: ROGER W. FRAZIER
Mailing Address: 2525 E. Broadway Blvd., Suite 200
City, State, Zip Code: Tucson, AZ 85716
Phone Number: (520)882-4294
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012146, Issuing State: AZ
Attorney E-Mail Address: roger@frazierlawaz.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF PIMA

Case No. **C20203732**

## PRAECIPE

To The Clerk:

Please issue:

[X]  Summons

AZturboCourt.gov Form Set #5069405

12/30/2016  ver. 1

1

EXHIBIT L

1  **LAW OFFICE OF ROGER W. FRAZIER**
   2525 E. Broadway Blvd., Suite 200
2  Tucson, Arizona 85716
   Tel:  (520) 882-4294
3  Fax:  (520) 882-2853
   Roger W. Frazier, PCB 19024; SBN 012146
4  roger@frazierlawaz.com

5  **Attorney for Plaintiff**

6

           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
7
              **IN AND FOR THE COUNTY OF PIMA**
8

9  Ana Cristina Hernandez, an individual,

10                Plaintiff,                     No.  C20203732

11             v.
                                                **SUMMONS**
12 Tucson Unified School District, a political
   subdivision,
13                                              Hon. Paul E. Tang
                  Defendant.
14

15 WARNING:  This is an official document from the court that affects your rights.  Read
   this carefully.  If you do not understand it, contact a lawyer for help.
16
              **TO:  Bruce Burke, Governing Board member**
17            **Tucson Unified School District**
              **1010 E. 10TH Street**
18            **Tucson, AZ  85719**

19

20 1. **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers
   are served on you with this Summons.
21
   2. If you do not want a Judgment taken against the agency without your input, you must
22 file an Answer or a Response in writing in the court and pay the filing fee. If you do not
   file an  Answer or Response the other party maybe given the relief requested in his/her
23 Complaint. To file your Answer or Response take, or send, the Answer or Response to
   the Clerk of the Superior Court.
24
   Mail a copy of your Response or Answer to the other party at the address listed on the
25 top of this Summons.

26
   3. If the Summons and the other court papers were served on you by a registered

   Summons                              -1-

process server or the Sheriff, within the State of Arizona, your Response or Answer must be filed within TWENTY (20) CALENDAR DAYS, from the date you were served, not counting the day you were served.  If the Summons and other court papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response or Answer must be filed within THIRTY (30) CALENDAR DAYS, from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Plaintiff at the address at the top of this paper, or from the clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner to the case at least ten (10) days in advance of your scheduled court date.

WITNESS my hand and Seal of the Superior Court.

DATED:  **19 October 2020**

GARY HARRISON
Clerk of the Superior Court

By: **Alan A. Walker /s/**
Deputy Clerk

Summons                                                    -2-

EXHIBIT M

1  **LAW OFFICE OF ROGER W. FRAZIER**
2  2525 E. Broadway Blvd., Suite 200
   Tucson, Arizona 85716
3  Tel:  (520) 882-4294
   Fax: (520) 882-2853
   Roger W. Frazier, PCB 19024; SBN 012146
4  roger@frazierlawaz.com

5  **Attorney for Plaintiff**

6          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7               **IN AND FOR THE COUNTY OF PIMA**

8

9  Ana Cristina Hernandez, an individual,

10              Plaintiff,                    No.  C20203732

11              v.                            **SUMMONS**

12 Tucson Unified School District, a political
   subdivision,
13                                           Hon. Paul E. Tang
               Defendant.
14

15 WARNING:  This is an official document from the court that affects your rights.  Read
   this carefully.  If you do not understand it, contact a lawyer for help.
16
               **TO:  Leila Counts, Governing Board member**
17             **Tucson Unified School District**
               **1010 E. 10TH Street**
18             **Tucson, AZ  85719**
19

20 1. **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers
   are served on you with this Summons.
21
22 2. If you do not want a Judgment taken against the agency without your input, you must
   file an Answer or a Response in writing in the court and pay the filing fee. If you do not
23 file an  Answer or Response the other party maybe given the relief requested in his/her
   Complaint. To file your Answer or Response take, or send, the Answer or Response to
   the Clerk of the Superior Court.
24
   Mail a copy of your Response or Answer to the other party at the address listed on the
25 top of this Summons.
26
   3. If the Summons and the other court papers were served on you by a registered

Summons                                    -1-

process server or the Sheriff, within the State of Arizona, your Response or Answer must be filed within TWENTY (20) CALENDAR DAYS, from the date you were served, not counting the day you were served. If the Summons and other court papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response or Answer must be filed within THIRTY (30) CALENDAR DAYS, from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Plaintiff at the address at the top of this paper, or from the clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner to the case at least ten (10) days in advance of your scheduled court date.

WITNESS my hand and Seal of the Superior Court.

DATED: **19 October 2020**

GARY HARRISON
Clerk of the Superior Court

By: **Alan A. Walker /s/**
Deputy Clerk

Summons                                                    -2-

# EXHIBIT N

1  **LAW OFFICE OF ROGER W. FRAZIER**
2  2525 E. Broadway Blvd., Suite 200
   Tucson, Arizona 85716
3  Tel:  (520) 882-4294
   Fax: (520) 882-2853
   Roger W. Frazier, PCB 19024; SBN 012146
4  roger@frazierlawaz.com

5  **Attorney for Plaintiff**

6              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7                      **IN AND FOR THE COUNTY OF PIMA**

8

9  Ana Cristina Hernandez, an individual,

10                  Plaintiff,                    No.  C20203732

11          v.
                                                  **SUMMONS**
12  Tucson Unified School District, a political
    subdivision,
13                                                Hon. Paul E. Tang
                    Defendant.
14

15  WARNING:  This is an official document from the court that affects your rights.  Read
    this carefully.  If you do not understand it, contact a lawyer for help.
16
               **TO:  Kristel Ann Foster, Governing Board member**
17             **Tucson Unified School District**
               **1010 E. 10TH Street**
18             **Tucson, AZ  85719**

19

20  1. **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers
    are served on you with this Summons.
21
    2. If you do not want a Judgment taken against the agency without your input, you must
22  file an Answer or a Response in writing in the court and pay the filing fee. If you do not
    file an  Answer or Response the other party maybe given the relief requested in his/her
23  Complaint. To file your Answer or Response take, or send, the Answer or Response to
    the Clerk of the Superior Court.
24
    Mail a copy of your Response or Answer to the other party at the address listed on the
25  top of this Summons.

26
    3. If the Summons and the other court papers were served on you by a registered

Summons                                     -1-

process server or the Sheriff, within the State of Arizona, your Response or Answer must be filed within TWENTY (20) CALENDAR DAYS, from the date you were served, not counting the day you were served. If the Summons and other court papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response or Answer must be filed within THIRTY (30) CALENDAR DAYS, from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Plaintiff at the address at the top of this paper, or from the clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner to the case at least ten (10) days in advance of your scheduled court date.

WITNESS my hand and Seal of the Superior Court.

DATED: **19 October 2020**

GARY HARRISON
Clerk of the Superior Court

By: **Alan A. Walker /s/**
Deputy Clerk

EXHIBIT O

1  **LAW OFFICE OF ROGER W. FRAZIER**
2  2525 E. Broadway Blvd., Suite 200
   Tucson, Arizona 85716
3  Tel:  (520) 882-4294
   Fax:  (520) 882-2853
4  Roger W. Frazier, PCB 19024; SBN 012146
   roger@frazierlawaz.com

5  **Attorney for Plaintiff**

6           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7                    **IN AND FOR THE COUNTY OF PIMA**

8

9  Ana Cristina Hernandez, an individual,

10                Plaintiff,                    No.  C20203732

11             v.
                                               **SUMMONS**
12  Tucson Unified School District, a political
    subdivision,
13                                             Hon. Paul E. Tang
                  Defendant.
14

15  WARNING:  This is an official document from the court that affects your rights.  Read
    this carefully.  If you do not understand it, contact a lawyer for help.
16
              **TO:  Adelita Grijalva, Governing Board member**
17            **Tucson Unified School District**
              **1010 E. 10TH Street**
18            **Tucson, AZ   85719**

19

20  1. **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers
    are served on you with this Summons.
21
22  2. If you do not want a Judgment taken against the agency without your input, you must
    file an Answer or a Response in writing in the court and pay the filing fee. If you do not
23  file an  Answer or Response the other party maybe given the relief requested in his/her
    Complaint. To file your Answer or Response take, or send, the Answer or Response to
    the Clerk of the Superior Court.
24
    Mail a copy of your Response or Answer to the other party at the address listed on the
25  top of this Summons.
26
    3. If the Summons and the other court papers were served on you by a registered

Summons                                    -1-

process server or the Sheriff, within the State of Arizona, your Response or Answer must be filed within TWENTY (20) CALENDAR DAYS, from the date you were served, not counting the day you were served. If the Summons and other court papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response or Answer must be filed within THIRTY (30) CALENDAR DAYS, from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Plaintiff at the address at the top of this paper, or from the clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner to the case at least ten (10) days in advance of your scheduled court date.

WITNESS my hand and Seal of the Superior Court.

DATED: 19 October 2020

GARY HARRISON
Clerk of the Superior Court

By: Alan A. Walker /s/
Deputy Clerk

EXHIBIT P

1  **LAW OFFICE OF ROGER W. FRAZIER**
   2525 E. Broadway Blvd., Suite 200
2  Tucson, Arizona 85716
   Tel:  (520) 882-4294
3  Fax: (520) 882-2853
   Roger W. Frazier, PCB 19024; SBN 012146
4  roger@frazierlawaz.com

5  **Attorney for Plaintiff**

6            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                  IN AND FOR THE COUNTY OF PIMA

8

9  Ana Cristina Hernandez, an individual,

10            Plaintiff,                        No.  C20203732

11        v.                                    **SUMMONS**

12  Tucson Unified School District, a political
    subdivision,
13                                              Hon. Paul E. Tang
              Defendant.
14

15  WARNING:  This is an official document from the court that affects your rights.  Read
    this carefully.  If you do not understand it, contact a lawyer for help.
16
                  **TO:  Rachael Sedgwick, Governing Board member**
17                **Tucson Unified School District**
                  **1010 E. 10TH Street**
18                **Tucson, AZ  85719**
19

20  1. **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers
    are served on you with this Summons.
21
22  2. If you do not want a Judgment taken against the agency without your input, you must
    file an Answer or a Response in writing in the court and pay the filing fee. If you do not
    file an  Answer or Response the other party maybe given the relief requested in his/her
23  Complaint. To file your Answer or Response take, or send, the Answer or Response to
    the Clerk of the Superior Court.
24
    Mail a copy of your Response or Answer to the other party at the address listed on the
25  top of this Summons.
26
    3. If the Summons and the other court papers were served on you by a registered

Summons                                    -1-

process server or the Sheriff, within the State of Arizona, your Response or Answer must be filed within TWENTY (20) CALENDAR DAYS, from the date you were served, not counting the day you were served.  If the Summons and other court papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response or Answer must be filed within THIRTY (30) CALENDAR DAYS, from the date you were served, not counting the day you were served.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Plaintiff at the address at the top of this paper, or from the clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner to the case at least ten (10) days in advance of your scheduled court date.


WITNESS my hand and Seal of the Superior Court.


DATED: **19 October 2020**

GARY HARRISON
Clerk of the Superior Court


By: **Alan A. Walker /s/**
Deputy Clerk

EXHIBIT Q

FILED
Gary Harrison
CLERK, SUPERIOR COURT
10/26/2020 5:14:24 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20203732
HON. PAUL E. TANG

**LAW OFFICE OF ROGER W. FRAZIER**
2525 E. Broadway Blvd., Suite 200
Tucson, Arizona 85716
Tel:  (520) 882-4294
Fax:  (520) 882-2853
Roger W. Frazier, PCB 19024; SBN 012146
roger@frazierlawaz.com

**Attorney for Plaintiff**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| Ana Cristina Hernandez, an individual,<br><br>                    Plaintiff,<br><br>            v.<br><br>Tucson Unified School District, a political subdivision,<br><br>                    Defendant. | No.  C20203732<br><br>**WAIVER OF SERVICE OF SUMMONS**<br><br>Hon. Paul E. Tang |

TO:  Roger W. Frazier, Attorney for Plaintiff Ana Christina Hernandez:

I acknowledge receipt of your request that I waive service of a summons in the action of Ana Christina Hernandez v. Tucson Unified School District, which is case number C20203732 in the Superior Court of the State of Arizona in and for the County of Pima. I also have received a copy of the complaint in this action, copies of this instrument as pdfs by email from which I can print copies, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit upon the members of the governing board, on whose authority I have to accept service, by not requiring that I or the members of the governing board of Tucson Unified School District be served with judicial process in the manner provided by the Arizona Rules of Civil Procedure.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Tucson Unified School District will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Tucson Unified School District if an answer or motion under Rule 12 is not served upon you within sixty (60) days after October 23, 2020, or within ninety (90) days after that date if the request was sent outside the United States.

Dated this 24th day of October, 2020.

_____
Donald Peder Johnsen
Attorney for Tucson Unified School District

EXHIBIT R

FILED
Gary Harrison
CLERK, SUPERIOR COURT
11/13/2020 1:03:02 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20203732
HON. PAUL E. TANG

1  Donald Peder Johnsen (011545)
2  PCC No. 85101
   GALLAGHER & KENNEDY, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  (602) 530-8000
5  Attorneys for defendant

6

7            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8              IN AND FOR THE COUNTY OF PIMA

9
10  ANA CRISTINA HERNANDEZ,            )   No. C20203732
                                       )
11                Plaintiff,           )   **NOTICE OF APPEARANCE**
                                       )
12  v.                                 )   (Assigned to the Hon. Paul E. Tang)
                                       )
13  TUCSON UNIFIED SCHOOL DISTRICT )
14  NO. 1,                             )
                                       )
15                Defendant.           )
16  _____)

17

18          Donald Peder Johnsen of Gallagher & Kennedy, P.A., without waiving any of the

19  defendant's rights or defenses, including without limitation any of the rights or defenses set

20  forth in Ariz. R. Civ. P. 12, and in accord with Ariz. R. Civ. P. 5.3(a)(1)(A), hereby gives notice

21  of his appearance in this case as attorney for defendant Tucson Unified School District No. 1.

22              DATED this 13th day of November, 2020.

23              GALLAGHER & KENNEDY, P.A.

24              By: /s/ Donald Peder Johnsen

25                  Attorneys for defendant

26  I certify that on this 13th day of November, 2020, I electronically transmitted a PDF version of

27  this document to the Clerk of Court for filing via TurboCourt pursuant to the provisions of

28

Arizona Supreme Court Administrative Order No. 2019-82 and for transmittal via TurboCourt of an AZTurboCourt E-Service Notification to:

Roger W. Frazier, Esq.
Law Office of Roger W. Frazier
2525 East Broadway Blvd., Suite 200
Tucson, Arizona 85716
Attorney for plaintiff

/s/ Donald Peder Johnsen
8233651

EXHIBIT S

FILED
Gary Harrison
CLERK, SUPERIOR COURT
11/17/2020 3:48:00 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20203732
HON. PAUL E. TANG

1  Donald Peder Johnsen (011545)
2  PCC No. 85101
   GALLAGHER & KENNEDY, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  (602) 530-8000
5  Attorneys for defendant

6

7           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8               IN AND FOR THE COUNTY OF PIMA

9

10  ANA CRISTINA HERNANDEZ,          )   No. C20203732
                                     )
11              Plaintiff,           )   **ANSWER**
                                     )
12  v.                               )   (Assigned to the Hon. Paul E. Tang)
                                     )
13  TUCSON UNIFIED SCHOOL DISTRICT   )
14  NO. 1,                           )
                                     )
15              Defendant.           )
16  _____)

17

18          Defendant Tucson Unified School District No. 1, for its answer to the plaintiff's

19  complaint, admits, denies, and alleges as follows:

20          1.  Denies every allegation of the complaint, except as hereinafter expressly

21  admitted.

22          2.  Admits the allegations of paragraph 1 of the complaint.

23          3.  Answering paragraph 2 of the complaint, admits that it is a school district and a

24  political subdivision of the State of Arizona, admits that it is located in Pima County, Arizona,

25  and denies the remaining allegations of paragraph 2.

26          4.  Answering paragraph 3 of the complaint, admits that the plaintiff alleges

27  violations of the statutes cited therein, denies that all of the acts alleged occurred as described in

28  the complaint, and denies that it is liable to the plaintiff on any basis.

5.  Admits the allegations of paragraphs 4 and 5 of the complaint.

6.  Answering paragraph 6 of the complaint, admits that the plaintiff transmitted to the District a particular demand letter dated July 1, 2020, and denies the remaining allegations of paragraph 6.

7.  Admits the allegations of paragraphs 7 and 8 of the complaint.

8.  States that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 9 and 10 of the complaint.

9.  Answering paragraph 11 of the complaint, admits that the plaintiff was operating a District truck at approximately 2:30 p.m. on September 19, 2019, when she was involved in a traffic accident, in which she was stopped for a traffic light, in which the car ahead of her began to proceed and she did also, and in which the car ahead of her then stopped abruptly and she bumped that car, admits that the plaintiff reported the accident to TUSD School Safety and to her supervisor Ron Soto, and denies the remaining allegations of paragraph 11.

10. Answering paragraph 12 of the complaint, admits that Mr. Soto told the plaintiff to wait for School Safety to arrive at the accident scene, admits that Mr. Soto advised the plaintiff that she would need to take a drug test, and denies the remaining allegations of paragraph 12.

11. States that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the complaint.

12. Answering paragraph 14 of the complaint, admits that the plaintiff tested positive for benzodiazepines (diazepam or Valium), and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 14.

13. States that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 15, 16, and 17 of the complaint.

14. Admits the allegations of paragraph 18 of the complaint.

15. Answering paragraph 19 of the complaint, denies that paragraph 19 accurately recites the provisions of Governing Board Policy GBEC.

16. Answering paragraph 20 of the complaint, denies that paragraph 20 accurately recites the provisions of Governing Board Policy GBEC, admits the remaining allegations of paragraph 20, and denies that it is liable to the plaintiff on any basis.

17. Answering paragraph 21 of the complaint, admits that the Hearing Officer asked the plaintiff for permission to communicate with the physician whom the plaintiff had identified as the source of her prescription, admits that the plaintiff later told the Hearing Officer that "the physician did not wish to speak to the Hearing Officer," and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 21.

18. Denies the allegations of paragraph 22 of the complaint.

19. Answering paragraph 23 of the complaint, admits that the Hearing Officer upheld the plaintiff's termination, and denies the remaining allegations of paragraph 23.

20. Admits the allegations of paragraph 24 of the complaint.

21. Answering paragraph 25 of the complaint, restates and incorporates here by reference paragraphs 1 through 20 of its answer, above.

22. Denies the allegations of paragraphs 26, 27, 28, and 29 of the complaint.

23. Answering paragraph 30 of the complaint, restates and incorporates here by reference paragraphs 1 through 22 of its answer, above.

24. Denies the allegations of paragraphs 31, 32, and 33 of the complaint.

25. Answering paragraph 34 of the complaint, states that Ariz. R. Civ. P. 38(b) bars the plaintiff's request for a trial by jury, and denies that the plaintiff is entitled to a jury trial on all issues.

26. Alleges that the plaintiff's complaint fails in part to state a claim upon which relief can be granted.

27. Alleges that the plaintiff's failure to comply with Arizona's notice of claim statute, A.R.S. § 12-821.01(A), bars her complaint in whole or in part.

28. Alleges that the plaintiff has failed to make reasonable and diligent efforts to mitigate her claimed damages.

1            29. The District reserves the right to amend its answer to include such affirmative

2 defenses as may arise during the course of discovery in this matter.

3            WHEREFORE, having fully answered, the District requests that the Court grant

4 judgment in its favor on the plaintiff's complaint, with prejudice and on the merits, that the

5 plaintiff take nothing by her complaint, that the Court award the District the costs and attorney

6 fees that it incurs in this action in accord with A.R.S. §§ 12-341, 12-341.01, and 41-1481(j) and

7 42 U.S.C. §§ 1988 and 2000e-5(k), and that the Court grant such other and further relief as it

8 deems just and proper under the circumstances.

9                            DATED this 17th day of November, 2020.

10                            GALLAGHER & KENNEDY, P.A.

11                            By: /s/ Donald Peder Johnsen

12                             Attorneys for defendant

13 I certify that on this 17th day of November, 2020, I electronically transmitted a PDF version of

14 this document to the Clerk of Court for filing via TurboCourt pursuant to the provisions of
Arizona Supreme Court Administrative Order No. 2019-82 and for transmittal via TurboCourt

15 of an AZTurboCourt E-Service Notification to:

16 Roger W. Frazier, Esq.
Law Office of Roger W. Frazier

17 2525 East Broadway Blvd., Suite 200
Tucson, Arizona 85716

18 Attorney for plaintiff

19 /s/ Donald Peder Johnsen

20 8233658

21

22

23

24

25

26

27

28

EXHIBIT T



**Case Information**

Case Number: C20203732

Filing Date: 9/1/2020

Caption:

Judge: PAUL E. TAN



**Party Information**

| Party Full Name | Party Role | Name Type | DOB |
|---|---|---|---|
| ANA CRISTINA HERNANDEZ | Plaintiff | True | |
| ANA CRISTINA HERNANDEZ | Plaintiff | True | |
| TUCSON UNIFIED SCHOOL DISTRICT | Defendant | True | |

**Case/Document Information**

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Answer | Answer/Response | Answer | 11/17/2020 | Available at Courthouse |
| Notice | Notice Of Appearance | Notice of Appearance | 11/13/2020 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts 3293839 | 11/13/2020 | Available at Courthouse |
| Misc | Waiver | Waiver of Service | 10/26/2020 | Available at Courthouse |
| Praecipe | Praecipe | Praecipe | 10/19/2020 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 10/19/2020 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 10/19/2020 | Available at Courthouse |

| Summons | Summons/Subpoena | Summons | 10/19/2020 | Available at Courthouse |
|---|---|---|---|---|
| Summons | Summons/Subpoena | Summons | 10/19/2020 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 10/19/2020 | Available at Courthouse |
| Praecipe | Praecipe | Praecipe | 10/13/2020 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 10/13/2020 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 10/13/2020 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 10/13/2020 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 10/13/2020 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 10/13/2020 | Available at Courthouse |
| Open | Petition & Complaint | Complaint | 9/1/2020 | Available at Courthouse |
| Misc | Documents/Records Filed | Civil Cover Sheet | 9/1/2020 | Available at Courthouse |
| Arbitration | Fastar Certificate | FASTAR Certificate | 9/1/2020 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 9/1/2020 | Available at Courthouse |
| Misc | Exhibits | Exhibit 1 ACRD Right to Sue Notice | 9/1/2020 | Available at Courthouse |
| Misc | Exhibits | Exhibit 2 EEOC Right to Sue Notice | 9/1/2020 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts 3270719 | 9/1/2020 | Available at Courthouse |