IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ana Cristina Hernandez, | ) | No. 4:20-cv-00518-JR |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Tucson Unified School District No. 1, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Pursuant to the parties' stipulation under Fed. R. Civ. P. 41(a)(1)(a)(ii), and good cause appearing herefor,

      IT IS HEREBY ORDERED that this action, and all of the plaintiff's claims herein, be dismissed in their entirety, with prejudice and on the merits, and without awarding attorney fees, costs, or disbursements to any party.

      Dated this 20th day of May, 2021.

*Jacqueline M. Rateau*
Honorable Jacqueline M. Rateau
United States Magistrate Judge